BEFORE THE SECOND DIVISION, AUGUST 6, 1959

**No. 63282.**—Race Chemical Equipment Corp. *v.* United States, protests 58/64 and 58/65 (Norfolk).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of metal dialysers and parts thereof the same in all material respects as those the subject of *Keer, Maurer Co.* v. *United States* (40 Cust. Ct. 247, C.D. 1990), the claim of the plaintiff was sustained.

**No. 63283.**—Judson Sheldon International and National Carloading Corporation *v.* United States, protests 58/22311(B) and 58/24630(A) (New York).

Opinion by LAWRENCE, J.  The protests were dismissed.